UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL J. CAPOZZOLI and LEE NAPIER,<br><br>Plaintiffs,<br><br>v.<br><br>CUMULUS MEDIA HOLDINGS, INC., WESTWOOD ONE, LLC, TM STUDIOS, INC., WILLIAM G. CLANCY, AND KIRK STIRLAND,<br><br>Defendants. | Civil Action<br><br>No. 1:20-cv-04992-RMD-AMD<br><br>**Filed via ECF** |

**CORPORATE DISCLOSURE STATEMENT**

In compliance with Federal Rule of Civil Procedure 7.1(a), Defendant Westwood One, LLC,[1] states that it is owned by Cumulus Network Holdings LLC, which is owned by Cumulus Intermediate Holdings LLC, which is owned by Cumulus Media New Holdings Inc., which is owned by Cumulus Media Intermediate Inc., which is owned by Cumulus Media Inc., a publicly traded company. Eaton Vance Management owns more than 10% of Cumulus Media Inc. Eaton Vance Management is a wholly owned subsidiary of Eaton Vance Corp., which is a publicly traded company.

Respectfully submitted,

*/s/ Paul C. Lantis*
Paul C. Lantis
LITTLER MENDELSON, P.C.
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102.1321
267.402.3000 (t)
267.402.3131 (f)
plantis@littler.com

---

[1] Plaintiff incorrectly identifies Cumulus Media Holdings, Inc. and TM Studios, Inc. as defendants, though neither is an existing corporate entity or a proper defendant. Westwood One, LLC was Plaintiffs' employer.

## CERTIFICATE OF SERVICE

I, Paul C. Lantis, hereby certify that I caused the foregoing **Corporate Disclosure Statement** to be served via ECF, upon the following:

Stephanie J. Mensing
Mensing Law LLC
1635 Market Street, Suite 1600
Philadelphia, PA 19103
stephanie@mensinglaw.com
Attorney for Plaintiff Michael J. Capozzoli

David M. Koller
Koller Law LLC
2043 Locust St #1B
Philadelphia, PA 19103
davidk@phillyhometownlawyer.com
Attorney for Plaintiff Lee Napier

Date: July 7, 2020                    */s/ Paul C. Lantis*
                                                          Paul C. Lantis